Timothy Jones, Bar No. 119841
Michael S. Helsley, Bar No. 199103
JONES HELSLEY PC
265 E. River Park Circle, Suite 310
PO Box 28340
Fresno, CA 93729
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Attorneys for Defendant, HALLIBURTON ENERGY SERVICES, INC.

Richard G. Logan, Jr., Bar No. 88773
KNOX RICKSEN, LLP
1300 Clay Street, Suite 500
Oakland, CA  94612
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiffs, MARILY JOHNSON aka MARILY FARNSWORTH JOHNSON,
TRUSTEE of the Carolyn B. Farnsworth Trust, dated 9/25/83 and Trustee of the Trust Created by
Last Will and Testament of Robinson M. Farnsworth, Deceased,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILY JOHNSON aka MARILY FARNSWORTH JOHNSON, TRUSTEE of the Carolyn B. Farnsworth Trust, dated 9/25/83 and Trustee of the Trust Created by Last Will and Testament of Robinson M. Farnsworth, Deceased,**<br><br>**Plaintiffs,**<br>**v.**<br>**CREST OIL & GAS, LTD, a Texas limited partnership and CREST OIL & GAS MANAGEMENT CORP., a Texas Corporation, Successors in Interest of Crest Oil Corporation; HALLIBURTON ENERGY SERVICES, INC., a Delaware corporation, ALL OTHER PERSONS UNKNOWN, CLAIMING ANY RIGHT, TITLE ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' OWNERSHIP OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1 to 100, inclusive,**<br><br>**Defendants.** | **Case No: 2:10-CV-02212-JAM-KJN**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC., TO FILE RESPONSIVE PLEADING TO PLAINTIFF, MARILY JOHNSON'S COMPLAINT**<br>**[LOCAL RULE, 143 AND 144]**<br><br><br><br>**Judge: The Honorable John A. Mendez** |

PDF created with pdfFactory trial version www.pdffactory.com

## JOINT STIPULATION AND ORDER

The parties, by and through their respective counsel, hereby agree to extend the deadline for Defendant, Halliburton Energy Services, Inc. ("Halliburton") to file its initial answer or other response to Plaintiff, Complaint to and including October 8, 2010.

1.     On July 30, 2010, Plaintiff served her Complaint on Defendant, Halliburton, and the action was venued in Colusa County Superior Court, Case No. CV 23775.

2.     On or about August 16, 2010, Co-Defendant Crest Oil & Gas, LTD., and Crest Oil and Gas Management Corp., filed a Notice of Removal to the United States District Court based upon diversity jurisdiction under 28 U.S.C. 1332.

3.     Counsel for Halliburton and Plaintiffs entered into a Stipulation providing additional time for Halliburton to respond to the Complaint, up to and including September 7, 2010.

4.     Halliburton's and Plaintiffs counsel now desire to enter into a second Stipulation to provide additional time for Halliburton to investigate its interest in the real property, and whether the parties can reach a resolution by way of a Disclaimer of Interest as to the real property at issue in this action.  Therefore, the parties wish extend time up to and including October 8, 2010, within which Defendant, Halliburton may file their initial answer or other response to Plaintiff's Complaint.

5.     Halliburton understands that if the parties are unable to reach resolution and Halliburton therefore files its initial responses pleading to Plaintiff's Complaint that Halliburton will be expected by this court to participate in the Joint Status Report that must be filed by the parties on or before October 15, 2010.

///

///

///

///

///

///

{6058/022/00253821.DOC}                                          2
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC., TO FILE
RESPONSIVE PLEADING TO PLAINTIFF, MARILY JOHNSON'S COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREFORE, the parties hereby agree to extend time to and including October

2    8, 2010, within which Defendant, Halliburton may file their initial answer or other response to

3    Plaintiff's Complaint.

4    DATED: September 3, 2010          **JONES HELSLEY PC**

5

6                                      By:  /s/ Michael S. Helsley
                                          MICHAEL S. HELSLEY, Attorneys for
7                                         Defendant, HALLIBURTON ENERGY
                                          SERVICES, INC.

8    DATED: September 3, 2010          **KNOX RICKSEN, LLP**

9

10                                     By:   /s/ Richard G. Logan, Jr.
                                           RICHARD G. LOGAN, JR., Attorneys for
11                                         Plaintiff, MARILY JOHNSON aka MARILY
                                           FARNSWORTH JOHNSON, TRUSTEE of
12                                         the Carolyn B. Farnsworth Trust, dated 9/25/83
                                           and Trustee of the Trust Created by Last Will
13                                         and Testament of Robinson M. Farnsworth,
                                           Deceased.

14

15    IT IS ORDERED to extend time up to and including October 8, 2010, within

16   which Defendant, Halliburton may file their initial answer or other response to Plaintiff's

17   Complaint.

18

     DATED: September 3, 2010
19
                                       /s/ John A. Mendez
20                                     Honorable John A. Mendez, U.S. District Court Judge
                                       Eastern District of California

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC., TO FILE
RESPONSIVE PLEADING TO PLAINTIFF, MARILY JOHNSON'S COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com